In the Matter of the Claim of MARY L. FARRINGTON, Respondent, *v.* UNITED STATES RAILROAD ADMINISTRATION et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Farrington* v. *U. S. R. R. Administration*, 190 App. Div. 920, reversed.
(Submitted February 24, 1920; decided March 9, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

January 3, 1920, affirming an award of the State Industrial Commission made under the Workmen's Compensation Law. Two laborers, of whom claimant's decedent was one, were engaged in unloading screenings for their employer from a car standing on the tracks of the Long Island railroad. They finished their work and boarded a motor truck of their employer to return to their homes, The station agent of the Long Island railroad, together with a helper, was then making an effort to close one of the doors of a box car standing near by. The agent called out to the men on the truck, " Come on, fellows, give me a hand to close this door." Both men went over to help move the door which in closing caught the hand of Farrington and clipped off the end of his finger, with the result infection set in and he subsequently died of the disease of tetanus.

*Joseph F. Keany* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Award and order reversed, with costs against the Industrial Commission, upon the opinion of H. T. KELLOGG, J., below.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.